ACCEPTED
06-14-00096-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/8/2015 5:07:59 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00096-CR

| | | |
|---|---|---|
| **MICKEY LEE BATES** | § | **IN THE SIXTH COURT OF** |
| | § | |
| **VS.** | § | **APPEALS , TEXARKANA** |
| | § | |
| **STATE OF TEXAS** | § | **TEXAS** |

FILED
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/8/2015 5:07:59 PM
DEBBIE AUTREY
Clerk

## MOTION TO EXTEND TIME TO
## FILE MOTION FOR REHEARING

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Mickey Lee Bates, Appellant in the above styled and numbered cause, and moves for an extension of 30 days to file a Motion for Rehearing, and for good cause shows the following:

1.    On June 17, 2015, the Court of Appeals affirmed appellant's conviction.  Mickey Lee Bates, v. State.  The last day for filing a Motion  to Extend Time to file a Motion for Rehearing pursuant to Rule 49.8 of the Rules of Appellate Procedure is July 17, 2015 .

2.    Counsel has been unable to complete the petition for the following reasons:

3.    Counsel attended the Rusty Duncan Criminal Defense Seminar and was out of town from June 17, 2015 through June 21, 2015.

4.    Counsel had Child Protective Services docket in the Lamar County Court at Law on June  23, 2015 and had hearings in four different cases.  In addition, the undersigned had two probate hearings in the Lamar County Court at

Law on this date, and a final pretrial docket in the Lamar County Court, in a case styled State v. Ketchum.

5.     Counsel had a scheduled pretrial hearing on various Motions in the Lamar County Court, in Ketchum v. State on June 29, 2015.

6.     Counsel has a jury trial set for July 7, 2015 in a case styled State v. Ketchum in the Lamar County Court (Jury selection).

7.     Counsel had a scheduled mediation on July 9, 2015 in a case styled Julie Dominguez and Christina Yarbrough v. Cristal Rogers. (Cancelled on July 8, 2015, because of opposing Counsel's medical emergency.

8.     Counsel has a hearing in a case styled In the Interest of H.R.H., on July 14, 2015 in the Lamar County Court at Law.

9.     Counsel is scheduled to continue trying case styled State v. Ketchum on January 20, 2015.

10.     Defendant is currently incarcerated.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully requests an extension of 30 days, i.e. until August 16, 2015, to file a Motion for Rehearing in this cause.

Respectfully submitted,

Gary L. Waite
104 Lamar Ave.
Paris, Texas 75460
(903) 785-0096

(903) 785-0097

By:/s/ Gary L. Waite
    Gary L. Waite
    State Bar No. 20667500
    garywaite@sbcglobal.net
    Attorney for Mickey Lee Bates, 01925935

## CERTIFICATE OF SERVICE

This is to certify that on July 8, 2015, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Lamar County, 119 N. Main, Paris, Texas 75460, by personal delivery.

/s/Gary L. Waite
Gary L. Waite